IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv138-MHT |
| | ) | (WO) |
| AMBASSADOR PERSONNEL, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

JUDGMENT

On the 14th day of March, 2007, after this cause had been submitted to a jury, a verdict was returned as follows:

<u>Pregnancy-Discrimination Claim</u>

1. Has Lauren Cooper proved by a preponderance of the evidence that her pregnancy was a motivating factor for the decision by Ambassador Personnel to terminate her, even though other factors may have also motivated Ambassador?

        Yes  __X__
        No   _____

If the answer to question 1 is "no," then you will have found that Cooper may not recover against Ambassador Personnel on this claim, and you need not answer question 2.  If the answer to question 1 is "yes," then you need to answer question 2.

    2.  Has Ambassador Personnel proved by a preponderance of the evidence that it would have taken the same adverse employment action against Cooper even in the absence of the factor of her pregnancy?

    Yes  __X__
    No  _____

If the answer to question 1 is "yes" and the answer to question 2 is "no," then you will have found that Cooper may recover against Ambassador Personnel on this claim.

                XXX

SO SAY WE ALL.

DONE, this the 14th day of March, 2007.

              /s/ Roy Sheppard
                FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Ambassador Personnel, Inc., and against plaintiff Lauren Cooper, with plaintiff Cooper taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Cooper, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of March, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**